NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOPRO, INC.,**
*Appellant,*

**v.**

**CONTOUR IP HOLDING LLC,**
*Appellee.*

---

2017-1894, 2017-1936

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01078, IPR2015-01080.

---

## ON PETITION FOR PANEL REHEARING

---

Before REYNA, WALLACH, and HUGHES, *Circuit Judges.*

PER CURIAM.

## O R D E R

Appellee Contour IP Holding LLC filed a combined petition for rehearing and rehearing en banc. A response to the petition was invited by the court and filed by appellant GoPro, Inc. The petition was first referred to the panel.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for panel rehearing is denied except as described in paragraph (2) below.

(2) The previous precedential opinion in this appeal, issued July 27, 2018, is withdrawn and replaced with the modified precedential opinion accompanying this order.

FOR THE COURT

November 1, 2018            /s/ Peter R. Marksteiner
       Date                 Peter R. Marksteiner
                            Clerk of Court